**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MAZEN OWYDAT, | ) | |
| YOUSSEF MEQUEH and | ) | |
| SALEH ALKHAFAJI d/b/a WEST | ) | |
| FLORRISSANT BP f/k/a | ) | |
| WEST FLORRISSANT AMOCO | ) | |
| | ) | |
|    Petitioners/ Plaintiffs, | ) | |
| | ) | Cause No: |
| v. | ) | |
| | ) | |
| CITY OF ST. LOUIS and | ) | Division |
| BOARD OF ADJUSTMENT OF THE | ) | |
| CITY OF ST. LOUIS, MISSOURI, | ) | |
| | ) | |
|    Respondents/Defendants. | ) | |
| | ) | |

## CITY OF ST. LOUIS AND BOARD OF ADJUSTMENT'S NOTICE OF REMOVAL TO FEDERAL COURT

Respondents/Defendants City of St. Louis, Missouri ("City") and Board of Adjustment of the City of St. Louis, Missouri ("Board") hereby notify this Court of the removal of the case styled *Owydat v. City of St. Louis et al.,* 2022-CC00292 from the Circuit Court of the City of St. Louis, State of Missouri, to this Court.  As grounds for this removal, Defendants state:

1.    On February 9, 2020, Plaintiffs filed a suit against City and Board in the Circuit Court of the City of St. Louis, State of Missouri, in *Owydat v. City of St. Louis, et al.*, Cause No. 2022-CC00292.  *See Plaintiffs' Petition.*

2.    Count I of Plaintiffs' Petition is brought against City and Board, pursuant to § 536.150, R.S.Mo seeking judicial review of the Board's decision to deny

1

Petitioners an occupancy permit at the property located at 4126 West Florissant Avenue, St. Louis, MO 63115.

3.      Count II of Plaintiffs' Petition is brought against City and Board, pursuant to § 89.110 R.S.Mo. seeking judicial review of the Board's decision to deny Plaintiffs' an occupancy permit for the property located at 4126 West Florissant Avenue, St. Louis, MO 63115.

4.      Count III of Plaintiffs' Petition is brought against City and Board, pursuant to 42 U.S.C. §§ 1983 and 1988, for alleged violations of their "procedural due process rights as guaranteed by the Fourteenth Amendment to the United States Constitution" related to the decision to deny Plaintiffs' an occupancy permit for the property located at 4126 West Florissant Avenue, St. Louis, MO 63115.  *Id.* at ¶48.

5.      Count IV of Plaintiffs' Petition is brought against City and Board, pursuant to 42 U.S.C. §§ 1983 and 1988, for alleged violations of the "equal protection clause of the United States and Missouri constitutions" related to the decision to deny Plaintiffs' an occupancy permit for the property located at 4126 West Florissant Avenue, St. Louis, MO 63115.  *Id.* at ¶54.

6.      Count IV of Plaintiffs' Petition is brought against City and Board, pursuant to 42 U.S.C. §§ 1983 and 1988, for an alleged "unconstitutional taking, a regulatory taking and an inverse condemnation" related to the decision to deny Plaintiffs' an occupancy permit for the property located at 4126 West Florissant Avenue, St. Louis, MO 63115.  *Id.* at ¶69.

7.      The City and Board agreed to waive service on February 11, 2020.

8.      The City and Board have removed this case within thirty days thereafter. Such removal is timely under 28 U.S.C. 1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-355 (1999).

9.      Pursuant to Local Rule 81-2.03 a copy of all process, pleadings, orders and other documents on file in the State court are attached as Exhibit A.

10.     Venue is proper in this District under 28 U.S.C. § 1441(a), because this District and Division embrace the place in which the removed action has been pending.

11.     This Court has original jurisdiction over Counts III-V of Plaintiffs' lawsuit under 28 U.S.C. § 1331 as these counts involve a federal question.

12.     This Court has supplemental jurisdiction over Counts I-II of Plaintiffs' lawsuit under 28 U.S.C.§ 1367 as the judicial review of this action are part of the same case or controversy as the federal claims asserted in Counts III-V of Plaintiffs' lawsuit.

13.     Defendants City and the Board request this action's removal to the United States District Court for the Eastern District, Eastern Division.

14.     The City and Board file herewith the filing fee in the amount of $400.00 and the proof of filing the notice of removal with the Clerk and State court.

WHEREFORE, the City of St. Louis and the Board of Adjustment for the City of St. Louis petition this Court for removal of *Owydat v. City of St. Louis et al.,* 2022-CC00292, from the Circuit Court of the City of St. Louis, State of Missouri, to this Court.

Respectfully submitted,

3

JULIAN L. BUSH
CITY COUNSELOR

By: /s/ Megan Bruyns
Megan G. Bruyns #69987(MO)
Assistant City Counselor
City Hall, Room 314
St. Louis, MO 63103
PHONE: 314.622.3361
FAX: 314.622.4956
Bruynsm@stlouis-mo.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record and also by U.S. Mail and email to the following:

Helmut Starr
130 South Bemiston Avenue Suite 200
St. Louis, MO 63105
hstarr@chgolaw.com
Attorney for Plaintiffs

/s/ Megan G. Bruyns

4