RULE 16 CONFERENCE MINUTES

DATE: _____

CASE NO.: _____

CASE SHORT NAME: _____

JUDGE: Nannette A. Baker

DEPUTY CLERK: _____

PARTIES PRESENT ☐ IN PERSON ☐ BY TELEPHONE ☐ BOTH

CONFERENCE HELD IN: ☐ CHAMBERS ☐ COURTROOM ☐ OTHER

**CASE MANAGEMENT ORDER TO FOLLOW.**

COURT REPORTER PRESENT: ☐ YES ☐ NO

PROCEEDINGS COMMENCED: _____ CONCLUDED: _____