UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAZEN OWYDAT, <br> YOUSSEF MEQUEH and <br> SALEH ALKHAFAJI d/b/a WEST <br> FLORISSANT BP f/k/a <br> WEST FLORISSANT AMOCO, <br><br> Petitioners/Plaintiffs, <br><br> vs. <br><br> CITY OF ST. LOUIS and <br> BOARD OF ADJUSTMENT OF THE <br> CITY OF ST. LOUIS, MISSOURI, <br><br> Respondents/Defendants. | Cause No. 4:20-cv-00388-NAB |

## PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)

Come now Plaintiffs, and in compliance with the Case Management Order of this Court of May 22, 2020 issued in this case, make the following initial disclosures pursuant to FRCP 26(a)(1):

Plaintiffs state as follows:

1. Persons likely to have discoverable information relevant to the disputed facts alleged in the pleadings are as follows:

   a. Mazen Owydat, 4126 West Florissant Avenue, St. Louis, MO 63115; 314-761-9856;

   b. Youssef Mequeh, 4126 West Florissant Avenue, St. Louis, MO 63115; 314-761-9856,

   c. Saleh Alkhafaji, 4126 West Florissant Avenue, St. Louis, MO 63115; 314-761-9856;

   d. Each of the persons listed in Defendant's initial disclosures; and

   e. Alderman John Collins-Muhammad, City Hall, Room 230, 1200 Market Street, St. Louis, Mo 63103; (314) 622-3287.

1

2. The following categories[1] of documents may be relevant to disputed facts alleged in the pleadings:

   a. All e-mails and records of phone calls by and between members of the Board of Adjustment and Alderman Collins-Muhammad.

   b. All e-mails and records of phone calls by and between members of the City staff and Alderman Collins-Muhammad.

   c. All records of policies of the City that refer or relate to when and whether a new occupancy permit was or is required upon a change of ownership of commercial properties for each year from 2009 through 2020, inclusive.

   d. All ordinances that refer or relate to when and whether a new occupancy permit was or is required upon a change of ownership of commercial properties for each year from 2009 through 2020, inclusive.

   e. All records related to policies of the City that refer or relate to the definition of a change of ownership of a commercial property for each year from 2009 through 2020, inclusive.

   f. All records related to policies of the City that refer or relate to the definition of a change of occupancy of a commercial property for each year from 2009 through 2020, inclusive.

Respectfully submitted,

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.

*/s/ Helmut Starr*
HELMUT STARR #32899MO
Attorneys for Plaintiff
130 South Bemiston Avenue, Suite 200
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789 Facsimile
hstarr@chgolaw.com

---

[1] This list does not include those categories of documents protected by privilege and/or the work product doctrine, including, without limitation, plaintiffs' litigation file.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2020, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all attorneys of record and also by email to Travis F. Warren, warrent@stlouis-mo.gov.

/s/ Helmut Starr