# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

MAZEN OWYDAT, )
YOUSSEF MEQUEH and )
SALEH ALKHAFAJI d/b/a WEST )
FLORISSANT BP f/k/a )
WEST FLORISSANT AMOCO, )
                                        Petitioners/Plaintiffs, )
                           )    Cause No. 4:20-cv-00388-NAB
            vs. )
                           )
CITY OF ST. LOUIS and )
BOARD OF ADJUSTMENT OF THE )
CITY OF ST. LOUIS, MISSOURI, )
                         Respondents/Defendants. )

## JOINT MOTION TO AMEND SOME DATES IN CASE MANAGEMENT ORDER

COME NOW the parties and jointly propose the following limited amendments to some dates in the Court's Case Management Order of May 22, 2020, without amending the Trial Date or the alternative dispute resolution dates. The parties move that the following dates be amended:

1. All motions for joinder of additional parties or amendment of pleadings shall be filed no later than September 14, 2020 (*see* Paragraph 2 of the CMO).

2. Disclosure shall proceed in the following manner:

\*\*\*\*\*\*\*\*\*

(b) Plaintiff shall disclose all expert witnesses expected to testify at trial and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than October 14, 2020, and shall make expert witnesses available for depositions no later than November 14, 2020.

(c) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than November 18, 2020, and shall make expert witnesses available for depositions no later than December 19, 2020. (*See* Paragraph 3(b) and 3(c) of the CMO).

3. All of the remaining provisions of the CMO of May 22, 2020 shall remain in full force and effect.

**WHEREFORE**, the Parties jointly and respectfully move the Court to amend its CMO of May 22, 2020 as set forth above.

CURTIS, HEINZ, GARRETT & O'KEEFE, P.C.

/s/ Helmut Starr
HELMUT STARR #32899(MO)
130 South Bemiston Avenue, Suite 200
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789 Facsimile
hstarr@chgolaw.com
Attorneys for Petitioner/Plaintiff

JULIAN BUSH
CITY COUNSELOR

/s/ Travis F. Warren
Travis F. Warren #71304(MO)
Assistant City Counselor
1200 Market Street
City Hall, Room 314p
St. Louis, MO 63103
PHONE: 314.622.3366
FAX: 314.622.4956
WarrenT@stlouis-mo.gov
*Attorneys for Respondents*