UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAZEN OWYDAT, et al., d/b/a West Florissant BP, f/k/a West Florissant Amoco,<br><br>    Petitioner/ Plaintiff,<br><br>vs.<br><br>BOARD OF ADJUSTMENT OF THE CITY OF ST. LOUIS, MISSOURI, et al.,<br><br>    Respondents/Defendants. | Case No. 4:20-CV-388-NAB |

**PLAINTIFF'S CERTIFICATE OF SERVICE OF THE FIRST SET OF INTERROGATORIES AND FIRST SET OF DOCUMENT REQUESTS SERVED ON EACH DEFENDANT SEPARATELY**

COMES NOW Plaintiff West Florissant BP, a Missouri partnership, and hereby certifies that it served upon Defendant Board of Adjustment of the City of St. Louis, Missouri, and upon Defendant City of St. Louis, a First Set of Interrogatories and Document Requests directed to each Defendant respectively on this 15th day of August 2020.

CURTIS, HEINZ, GARRETT & O'KEEFE, PC

By: */s/Helmut Starr*
    Helmut Starr, #32889MO
    Nancy Mogab, #32478MO
    Edward Sluys, #60471MO
    130 S. Bemiston, Suite 200
    Clayton, Missouri 63105
    (314) 725-8788
    hstarr@chgolaw.com
    nmogab@chgolaw.com
    esluys@chgolaw.com
*Attorneys for Plaintiff*
*West Florissant BP*

# CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2020, the foregoing Certificate of Service regarding the First Set of Interrogatories and the First Set of Document Requests directed to each Defendant respectively was served by E-mail upon Travis F. Warren, warrent@stlouis-mo.gov, counsel for Defendants Board of Adjustment and City of St. Louis.

/s/Helmut Starr