UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MAZEN OWYDAT, et al., )
d/b/a West Florissant BP, f/k/a )
West Florissant Amoco )
)
)
Plaintiff, )
) Case No. 4:20-CV-388NAB
v. )
)
BOARD OF ADJUSTMENT OF THE )
CITY OF ST. LOUIS, MISSOURI, et al., )
)
Defendants )

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office.

**Option 1**

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of mediation in a single case.* **If the parties require more time to complete mediation the counsel must file a motion with the Court.**

**Option 2**

☑ An ADR conference was held on: __Jan 12, 2021__. All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on __Jan 12, 2021__
The parties [☐ did ☑ did not] achieve a settlement. Check one.

**Option 3**

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __Jan 12, 2021__ Neutral: __W. Dudley McCarter__