# Geo St. Louis

a guide to geospatial data about the City of St. Louis



Saturday, February 08, 2020
10:08:53 PM

| Home | Mapping | Parcel Data | Images | Data | Log In |

## Sales History Information

| Sales History Record 1 | | Sales History Record 2 | |
| --- | --- | --- | --- |
| Transaction Type: | Zero Value | Transaction Type: | Inter-Corp. |
| Explanation: | Zero $ or $1 recorded | Explanation: | Inter-Corporation Sale |
| Sale Date: | 08/06/2012 | Sale Date: | 08/06/2012 |
| Sale Price: | $0.00 | Sale Price: | $0.00 |

### Parcel Information

- General Information
- Parcel History (13)
- Building Information (1)
- Tax Information (11)
- Permits (12)
- CSB Data (51)
- Sales History (2)
- Condemnations (0)
- Building Inspections (1)
- Images (0)
- Vacant Building (1)
- Area Snapshot
- Census
- Area Business Information

Parcel Data:02/07/2020

Permit/Inspection Data:02/07/2020

🖶 Print Report
🖶 Print Parcel

**PLANNING & URBAN DESIGN AGENCY**
Lyda Krewson, Mayor

For comments, suggestions, and feedback for the site, contact the Site Designer or call Tony Meyers Jr.(314) 657-3852

The City makes no warranty, guaranty or promise about the accuracy, currency, or completeness of the data provided and disclaims all warranties, expressed or implied.

**EXHIBIT 2**