

# City of St. Louis
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
LYDA KREWSON
MAYOR

JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY



FRANK OSWALD
BUILDING COMMISSIONER

Wednesday, April 10, 2019

OWYDAT, MAZEN
4126 W FLORISSANT AVE
ST LOUIS, MO 63115

RE: 4126 FLORISSANT, St. Louis, MO 63115

Dear Property Owner:

Thank you for choosing to live in the City of St. Louis. We appreciate your care and interest in your property and your neighborhood.

The City of St. Louis is making a concerted effort to improve the condition of its neighborhoods. Keeping properties in good condition is to the benefit of all residents and property owners. As a part of this effort, the Building Division is making inspections in all City neighborhoods to cite properties that may have violations of the Property Maintenance Code, or other City Ordinances.

As a result of this effort, the property you own at the location referenced above was inspected and found to be in violation of certain provisions of the Property Maintenance Code or other City Ordinances.

I have scheduled a re-inspection of the premise(s) on or about April 22, 2019, to determine compliance or progress toward compliance of the violations cited. Please note that some violations listed may require permits before performing the work.

If you do not agree with the conditions cited in this notice, I will be happy to meet with you personally at the property to discuss them with you. If we cannot resolve this disagreement, you have the right to appeal this notice pursuant to the provisions of the Building Code. Appeals may be filed as follows:

A) Board of Building Appeals if the violation(s) are Building Code or Property Maintenance Code related. The appeal must be accompanied by a fee of one hundred fifty dollars ($150.00).

B) Board of Adjustment if the violation(s) are Zoning Ordinance related. The appeal must be accompanied by a fee of two hundred dollars ($200.00).

Appeals must be filed within 30 calendar days of the date on the violation notice, specifying grounds for the appeal. Appeal forms can be obtained from the Secretary of the Boards, Room 400, City Hall, 1200 Market, St. Louis, Missouri 63103.

NOTE: If you fail to file an appeal, and if, at the time of the re-inspection you have not corrected the violations cited, the Court Administrator shall assess a fine of twenty five dollars ($25) for each uncorrected violations pursuant to the authority of Ordinance 68857 or your case may be referred to court for prosecution. Failure to pay this fine may result in a lien being placed on your property and the fine will be doubled.

If a Certificate of Inspection has been issued for this property and the attached violations are not resolved, The Certificate may be revoked and the property/unit may be condemned for occupancy.

For information concerning the specific violations cited, or to discuss any unusual problems that will cause delay in

EXHIBIT 3




# City of St. Louis
### DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
LYDA KREWSON
MAYOR

JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY

FRANK OSWALD
BUILDING COMMISSIONER

**Violations:**

Occupancy Permit (Major violation [4/10/2019]) [North, East, South, West] Code Reference: Ordinance 70794 Sec. 110
Cease operation until certificate of occupancy has been obtained. Apply in Room 425, City Hall, 1200 Market.
BUSINESS DOES NOT HAVE A CURRENT OCCUPANCY PERMIT UNDER CURRENT OWNER. LAST OP WAS ISSUED 2/12/1999 TO SOMEONE OTHER THAN THE CURRENT OWNER. OWNERSHIP CHANGED IN 2012

Illegal Use (Major violation [4/10/2019]) [North, East, South, West] Code Reference: Ordinance 70794 Sec. 111.1
Cease illegal use of premise. Obtain occupancy permit or vacate premise.
BUSINESS DOES NOT HAVE A CURRENT OCCUPANCY PERMIT UNDER CURRENT OWNER. LAST OP WAS ISSUED 2/12/1999 TO SOMEONE OTHER THAN THE CURRENT OWNER. OWNERSHIP CHANGED IN 2012