


JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY

# City of St. Louis
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
LYDA KREWSON
MAYOR

FRANK OSWALD
BUILDING COMMISSIONER

Wednesday, February 5, 2020

OWYDAT, MAZEN
4126 W FLORISSANT AVE
ST LOUIS, MO 63115



LICENSE COLLECTOR
CITY OF ST. LOUIS
www.stlouis-mo.gov

SAMUEL COLEMAN
FIELD SERVICE ASSISTANT MANAGER

CITY HALL - ROOM 102-104
1200 MARKET STREET
ST. LOUIS, MO 63103

(314) 612-1497
FAX: (314) 622-3275
CELL: (314) 215-9647
ColemanSn@stlouis-mo.gov

Inspection Date: 2/5/2020 8:00:00 AM

- EMERGENCY -
NOTICE OF CONDEMNATION FOR OCCUPANCY

You are hereby notified that pursuant to current codes and ordinances, I have caused an inspection of the structure(s) and premises known as: 4126 florissant, St. Louis, MO 63115

Said premises are CONDEMNED FOR OCCUPANCY as the inspection revealed that you are in violation of one or more ordinances of the City of Saint Louis as more specifically stated on the attached.

The inspection has revealed that the building(s) and/or premise(s) pose an immediate or imminent danger to the public health, safety or welfare as defined in Section 119.1; and further that they cannot be made reasonably safe without the immediate evacuation and securing of said building, structure or premises. As listed in Section 120 of the Building Code, the repair and/or demolition and/or compliance of code violations listed on the following page(s) causing said condemnation must be corrected.

Penalties: If corrections are not made in the time specified, you may be prosecuted in court and if convicted, be subject to a fine of not less than one hundred dollars ($100.00), nor more than five hundred dollars ($500.00) or by imprisonment for not more than ninety (90) days, or by both. Each day that any violation shall continue, shall constitute a separate and distinct offense.

SO ORDERED:

For the Building Commissioner

For further information you may contact,

Jerry Dixon, Building Inspector 1
Phone: (314) 641-8237

Email: Dixonj@stlouis-mo.gov
Fax:

STLCity Permits

EXHIBIT 5

Page 1 o




# City of St. Louis
### DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION

JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY

LYDA KREWSON
MAYOR

FRANK OSWALD
BUILDING COMMISSIONER

**Violations:**

**Item 13 Section 119.1** (Major violation [2/5/2020]) [Unit] Code Reference: Ordinance 70794 Sec. 119.1
The building, structure or premise has been constructed, exists or is being maintained in violation of any provisions of this code or of any law of the City of St Louis.

**Occupancy Permit** (Major violation [2/5/2020]) [North, East, South, West] Code Reference: Ordinance 70794 Sec. 110
Cease operation until certificate of occupancy has been obtained. Apply in Room 425, City Hall, 1200 Market.