**Table 109.4**

SCHEDULE FOR SURCHARGE BUILDING PERMIT FEES

| Permit fee | Surcharge fee |
|---|---|
| $0.00 TO $50.00 | $30.00 |
| $51.00 TO $200.00 | $90.00 |
| $201.00 TO $500.00 | $240.00 |
| $501.00 TO $2,000.00 | $360.00 |
| $2,001.00 TO $10,000.00 | $480.00 |
| OVER $10,000.00 | $600.00 |

*109.5 Demolition Work Started Surcharge Fees Schedule.* In case any work for which a demolition permit is required by the code is substantially started or proceeded with prior to obtaining said permit, the total normal fees applicable shall be increased by the amount as listed in Table 109.5. The payment of said surcharge fee shall not relieve any persons from fully complying with the requirements of this code for performance or execution of the work, nor from other penalties prescribed by law.

**Table 109.5**

SCHEDULE FOR SURCHARGE DEMOLITION PERMIT FEES

| Permit fee | Surcharge fee |
|---|---|
| $0.00 TO $50.00 | $30.00 |
| $51.00 TO $200.00 | $90.00 |
| $201.00 TO $500.00 | $240.00 |
| $501.00 TO $2,000.00 | $360.00 |
| $2,001.00 TO $10,000.00 | $480.00 |
| OVER $10,000.00 | $600.00 |

*109.6 Related Fees.* The payment of fees for the construction, alteration, removal or demolition for work done in connection with or concurrently with the work authorized by a building permit shall not relieve the applicant or holder of the permit from the payment of other fees that are prescribed by law.

*109.7 Fees Non-Refundable.* The fee for a permit based upon an estimated cost that is higher than later claimed by the applicant shall not be a basis for refund. When construction does not occur, or only partially occurs, fees collected are not refundable.

*109.8 Fees Waived for Disaster Related Permits.* In the event of a tornado, earthquake, flood, or any other disaster of such magnitude to activate the City Emergency Management Agency, the Building Commissioner is authorized to waive all permit fees normally collected by the Division of Building and Inspection for repairs, reconstruction, demolition, plumbing, mechanical, or electrical work or any other similar permits required by this Division to correct the damage caused by such disaster. These permit fees shall be permitted to be waived for a period not to exceed six months or as otherwise determined by the Building Commissioner.

## SECTION 110 INSPECTIONS

*110.1 General.* Construction or work for which a permit is required shall be subject to inspection by the building official and such construction or work shall remain accessible and exposed for inspection purposes until approved. Approval as a result of an inspection shall not be construed to be an approval of a violation of the provisions of this code or of other ordinances of the City of Saint Louis. Inspections presuming to give authority to violate or cancel the provisions of this code or of other ordinances shall not be valid. It shall be the duty of the permit applicant to cause the work to remain accessible and exposed for inspection purposes. Neither the building official nor the City of Saint Louis shall be liable for expenses entailed in the removal or replacement of any material required to allow inspection.

*110.2 Preliminary Inspection.* Before issuing a permit, the building official is authorized to examine or cause to be examined buildings, structures and sites for which an application has been filed.

*110.2.1 Notice to begin work.* It shall be the responsibility of the holder of a permit to notify the building official when work is ready for the various inspections required by the terms of the permit or the approved rules. Such notice shall be given within a reasonable time before the inspection is desired, but in no event shall the notice be less than the working day before. Notice given on a Friday or on a day prior to a legal holiday shall not constitute notice for inspection on a Saturday, Sunday, or holiday unless arrangements have been made under approved rules for overtime inspection on such days. Before giving such notice the holder of the permit shall first test the work and satisfy themselves that it conforms to the approved construction documents and the requirements of this code.

*110.3 Required Inspections.* The building official, upon notification, shall make the inspections set forth in Sections 110.3.1 through 110.3.10. No work shall be done on any part of the building or structure beyond



the point indicated in each successive inspection without first obtaining the approval of the building official or authorized representative. Approval shall be given only after an inspection has been requested and made of each successive step in the construction phase and all code requirements or corrections are completed as indicated by each of the inspections required. A final inspection and approval of all buildings shall be completed before occupancy as described in Section 111. Failure to obtain a final inspection before occupancy will constitute a violation of the building code subject to the penalties as set forth in Section 25.01.030. Reinforcing steel or structural framework of any part of a building or structure shall not be covered or concealed in any manner without first obtaining the approval of the building official. The building official, upon notification from a permit holder or agent, in accordance with the rules of procedure listed on the permit and posted in the office of the building official, shall make the following inspections and shall either approve that section or portion of the construction as completed or shall notify the permit holder or agent that they have failed to comply with the law.

*110.3.1 Footing or Foundation Inspection.* Footing and foundation inspections shall be made after excavation for footings are complete and any required reinforcing steel is in place. For concrete foundations, any required forms shall be in place prior to inspection. Materials for the foundation shall be on the job, except where concrete is ready mixed in accordance with ASTM C 94, the concrete need not be on the job. The owner is solely responsible for the correct location of the foundation on the site.

*110.3.1.1 Soil Inspection.* A soil inspection shall be made after excavation for the building or structure is complete and trenches for footings, column pads, spread footings, or other types of footings are ready for concrete. No concrete shall be poured prior to this inspection.

*110.3.1.2 Pier Inspection.* Where special foundations such as drilled and poured-in-place concrete piers, driven piles of all types, caissons, and other extraordinary types are required, the building official shall make at least one inspection or more if the size of the job warrants it.

*110.3.2 Concrete Slab or Under-Floor Inspection.* Concrete slab and under-floor inspections shall be made after in-slab or under-floor reinforcing steel and building service equipment, conduit, piping accessories, and other ancillary equipment items are in place, but before any concrete is placed or floor sheathing installed, including the subfloor.

*110.3.3 Lowest Floor Elevation.* In flood hazard areas, upon placement of the lowest floor, including basement, and prior to further vertical construction, the elevation certificate required in Section 1612.5 of the Building Code shall be submitted to the building official.

*110.3.4 Frame Inspection.* Framing inspections shall be made after the roof deck or sheathing, all framing, fire blocking, and bracing are in place and pipes, chimneys, and vents to be concealed are complete and the rough electrical, plumbing, heating wires, pipes, and ducts are approved.

*110.3.5 Lath, Gypsum Board, and Gypsum Panel Product Inspection.* Lath, gypsum board, and gypsum panel product inspections shall be made after lathing, gypsum board, and gypsum panel products, interior and exterior, are in place, but before any plastering is applied or gypsum board or gypsum panel product joints and fasteners are taped and finished.

*Exception:* Gypsum board and gypsum panel products that are not part of a fire-resistance-rated assembly or a shear assembly.

*110.3.5.1 Covering Work.* It shall be a violation of this code to cover prior to inspection any work required to be inspected under the provisions of a permit, the approved rules, or this code, regardless of any penalties for such violation. The building official shall be permitted to require the holder of the permit to uncover any such work for inspection, and the cost of uncovering such work and of replacing the cover after the work has been satisfactorily inspected, shall be borne by the holder of the permit.

*110.3.6 Fire- and Smoke-Resistant Penetrations.* Protection of joints and penetrations in fire-resistance-rated assemblies, smoke barriers, and smoke partitions shall not be concealed from view until inspected and approved.

*110.3.7 Energy Efficiency Inspections.* Inspections shall be made to determine compliance with Chapter 13 of the Building Code or Chapter 11 of the Residential Code for One- and Two-family Dwellings, as applicable, and shall include, but not be limited to, inspections for: envelope insulation R and U value, fenestration U value, duct system R value, and HVAC and water heating equipment efficiency.

*110.3.8 Other Inspections.* In addition to the inspections specified above, the building official is authorized to make or require other inspections of any construction work to ascertain compliance with the provisions of this code and other laws that are enforced by the Division of Building and Inspection.

*110.3.8.1 Plant Inspection.* Where required by the provisions of this code or by the approved rules, materials or assemblies shall be inspected at the point of manufacture or fabrication.

*110.3.8.2 Evaluation and Follow-up Services.* Prior to the approval of a closed prefabricated assembly and issuance of a building permit, the building official shall require the submittal of an evaluation report of each prefabricated assembly indicating the complete details of the assembly including a description of the assembly and its components, the basis upon which the assembly is being evaluated, test results and similar information, and other data as necessary for the building official to determine conformance with this code. Acceptable reports shall be permitted to come from the State of Missouri Public Service Commission or ICC Evaluation Services.

*110.3.8.2.1 Evaluation Service.* The building official shall designate the evaluation service of an approved agency as the evaluation agency, and review such agency's evaluation report for adequacy and conformance to this code.

*110.3.8.2.2 Follow-up Inspection.* Except where all assemblies and subassemblies, service equipment, and accessories are readily accessible for complete inspection at the site without disassembly or dismantling, the building official shall conduct the frequency of in-plant inspections as necessary to reasonably ensure conformance to the approved evaluation report or shall designate an approved independent inspection agency to conduct such inspections. The inspection agency shall furnish the building official with the follow-up inspection manual and a written report of inspections upon request, and the product shall have an identifying label permanently affixed to the product indicating that factory inspections have been performed.

*110.3.8.2.3 Test and Inspection Records.* All required tests and inspection records shall be accessible to the building official or quality assurance agency at all times during the fabrication of the unit or subassembly and the erection of the building; or such records as the building official designates shall be filed with the building official.

*110.3.8.2.4 Inspection Reports.* All inspection reports shall be in writing and shall be certified by the licensed authority or responsible officer of the service, or by the individual when expert inspection services are accepted. An identifying label or stamp permanently affixed to the product indicating that factory inspection has been made shall be accepted in lieu of the aforesaid inspection report in writing if the intent or meaning of such identifying label or stamp is properly substantiated.

*110.3.9 Special Inspections.* For special inspections, see Section 1704 of the Building Code.

*110.3.10 Final Inspection.* The final inspection shall be made after all work required by the building permit is completed.

Upon completion of the building or structure, and before issuance of the occupancy permit as required in Section 111, a final inspection shall be made. All violations of the approved construction documents and permit shall be noted and the holder of the permit shall be notified of the discrepancies. The building official shall be permitted to issue a partial occupancy permit for a specific period of time. Failure to comply with the conditions shall cause revocation of the permit.

*110.3.11 Blast Survey Inspections.* When a permit is issued for the use of explosives, the building official shall cause to be conducted two survey inspections of all buildings within 250 feet of the blasting, and a third inspection to be made after the blasting. These inspections shall indicate any settlement, cracks or other deterioration; additional or supplemental detailed survey work shall be permitted to be required by the building official. Such inspections or survey work, as required by the building official, must be conducted by a private individual or individuals technically competent to do such work and acceptable to the building official. Such private surveys shall be conducted at the expense of the permit applicant. The additional or supplemental survey work shall be permitted to be accepted by the building official in lieu of the pre-blast or post-blast survey if the survey(s) has included all areas within 250 feet of the blasting site and contains the details required herein.

*110.4 Approved Inspection Agencies.* The building official is authorized to accept reports of approved inspection agencies, provided such agencies satisfy the requirements as to qualifications and reliability.

*110.5 Inspection Requests.* It shall be the duty of the holder of the building permit or their duly autho-

rized agent to notify the building official when work is ready for inspection. It shall be the duty of the permit holder to provide access to and means for inspection of such work for any inspections that are required by this code.

*110.5.1 Action on Notice.* Upon receipt of notice that work is ready for inspection, the building official shall inspect, or cause to be inspected, the work as soon as reasonably practicable. However, failure of the building official to make a prompt inspection shall not be deemed justification for covering work without inspection when such work is required under the terms of the permit to be inspected before being covered.

*110.6 Approval Required.* Work shall not be done beyond the point indicated in each successive inspection without first obtaining the approval of the building official. The building official, upon notification, shall make the requested inspections and shall either indicate the portion of the construction that is satisfactory as completed, or shall notify the permit holder or an agent of the permit holder wherein the same fails to comply with this code. Any portions that do not comply shall be corrected and such portion shall not be covered or concealed until authorized by the building official.

*110.7 Periodic Inspections.* The building official shall, if deemed necessary, make or cause to be made such periodic inspections of buildings, structures, devices, appurtenances, and uses as are required by and in the intervals prescribed by Table 110.7. In order to provide a uniform workload throughout the year, the building official shall be permitted to alter the intervals between periodic inspections as required to meet staffing levels.

**Table 110.7**

PERIODIC INSPECTION OF STRUCTURES, DEVICES, AND USES

| Item | Period between inspections |
|---|---|
| Cornices, entablatures, belt courses, trim, and similar decorative features; maintenance repair and safe condition thereof (for such items projecting from the face of buildings). See note a. | 3 years |
| Exterior cantilevered balconies, stairways, and fire escapes. See note b. | 3 years |
| Other annual permits, certificates, and clearances through Board of Public Service action such as day care centers, nursing homes, homes for the aged, hospitals. See note c. | 1 year |
| Permanent amusement devices | 1 year |
| Auto lifts | 1 year |
| **Note a.** Applies to all buildings over five stories or 60 feet in height. Owners to submit report bearing the seal, signature, and date of a Missouri licensed professional engineer or architect to the building official every three years describing the condition and safety of cornices, entablatures, belt courses, etc. The building official shall waive inspection if feature does not encroach over a City of Saint Louis sidewalk, street, or alley. | |
| **Note b.** Owners shall submit a report bearing the seal, signature, and date of a Missouri licensed Professional Engineer or Architect to the building official every three years describing the condition and safety of exterior cantilevered balconies, stairways, and fire escapes. | |
| **Note c.** Applies to all other inspections of buildings or uses not otherwise provided for in this code or any City ordinance which are made annually per the Board of Public Service Permit, and which are assigned by BPS to the Building Division for permit verification, certification, re-certification, or clearances. | |

*110.7.1 Professional Inspection.* The building official shall require owners to supply inspection reports by Missouri licensed design professionals for any building, structure, appurtenance, or device when, in the building official's opinion, it is necessary to insure proper public safety, health, and welfare.

*110.8 Authority to Enter.* The building official shall have the authority to enter at any reasonable hour any building, structure or premises in the City of Saint Louis for which a permit has been issued but has not received a certificate of occupancy in accordance with Section R110 to enforce the provisions of this code or any other code or ordinance of the City of Saint Louis. No person shall accompany a building official onto a premises in the performance of their duty unless otherwise invited onto said premises by the owner or the owner's representative.

For all other structures or premises, when the building official has reasonable cause to believe that a code violation exists, the building official is authorized to enter the building, structure, or premises at reasonable times to inspect subject to constitutional restrictions on

unreasonable searches and seizures. If entry is refused or not obtained, the building official is authorized to pursue recourse as provided by law.

*110.9 Jurisdictional Cooperation.* The assistance and cooperation of the Police, Fire, Streets, Parks, and Health Departments; City Counselor's Office; and all other City officials shall be available as required in the performance of the duties of the building official.

*110.10 Parking.* Division of Building and Inspection employees and other City employees in jurisdictional cooperation, when on official duty, shall be allowed to park without payment of fees at any parking meter or contrary to posted no parking zones. In no event will parking be allowed in front of fire plugs, mail boxes, bus stops, or wheelchair ramps or within disabled parking spaces unless vehicle displays a permanent Missouri placard or license plate for the disabled.

*110.10.1 Placards.* Each authorized individual shall display one placard approved by the building official in either the front or rear window of private or City vehicles to indicate that the individual is on official City business and is exempt from parking fees, citations, and parking tickets in accordance with Section 110.10 during normal working hours. The Building Commissioner shall not issue such placards to any person not on the Division of Building and Inspection payroll. The Building Commissioner shall have the authority to request cancellation of parking tickets issued contrary to this chapter.

SECTION 111 CERTIFICATE OF OCCUPANCY

*111.1 Use and Occupancy.* No building, structure, or premises shall be used or occupied and no change in the existing occupancy classification of a building, structure, premises, or portion thereof shall be made until the building official has issued an occupancy permit as provided herein. Issuance of an occupancy permit shall not be construed as an approval of a violation of the provisions of this code or of other ordinances of the jurisdiction. Failure to have an occupancy permit approved and issued by the building official is a violation and both the occupant and owner shall be subject to a penalty as set forth in Section 25.01.030. Each day that a violation continues shall constitute a separate offense.

*111.1.1 Posting Notice.* It shall be the duty of the building official to post a notice on any building, structure or portion thereof when it is found that an occupancy permit is required before any occupancy shall be permitted to occur. This notice shall remain in plain sight and removal of same shall constitute a separate offense and shall be subject to a penalty as set forth in Section 25.01.030.

*111.2 Partial Occupancy Permits.* Upon the request of an owner or an owner's representative, a partial occupancy permit shall be permitted to be issued for a building, structure, or premises, provided that no conditions exist which endanger public life, safety, or welfare. Partial occupancy permits shall be permitted to be subject to conditions.

*111.2.1 Accessible Type A Dwelling Units When Granting Partial Occupancy Permit.* Before a partial occupancy can be approved, an accessible Type A unit must be completed in for sale multifamily residential buildings where 50% of the units are built out. This must be an accessible Type A dwelling that was designated on the approved building permit construction drawings or on an addendum. The unit must comply with ICC A117.1-2009 Chapter 10: Dwelling Units, Section 1003, Type A units.

If the accessible Type A dwelling unit on the original building permit construction drawings is not built out in the location shown, the architect of record shall submit revised construction drawings indicating the location of the new accessible Type A dwelling units within the building as an addendum to the original building permit application.

*111.3 Certificate of Substantial Completion.* Upon the request of the design professional of record, the building official shall be permitted to issue a Certificate of Substantial Completion for a building, structure, or premises before the entire work covered by the building permit has been completed provided there are no conditions existing which would endanger public safety, health, or welfare. Certificates of Substantial Completion shall be permitted to be subject to conditions. The owner can occupy, or utilize the work, or designated portion thereof, for the use for which it is intended, provided a partial occupancy permit has been applied for and issued by the building official.

*111.4 Contents of the Occupancy Permit.* When a building, structure, or premises is entitled thereto, the building official shall issue an occupancy permit within a reasonable period of time. The occupancy permit shall certify compliance with the provisions of this code and the purpose for which the building, structure, or premises will be used. The occupancy permit shall specify the use group in accordance with the provisions of Chapter 3 of the Building Code, the type of construc-

STATE OF MISSOURI } ss
CITY OF ST. LOUIS          I, the undersigned Register
of said City do hereby certify the foregoing to be a true copy of
_International Building Code;_
_Ordinance 70944; Section 110;_
_Approved July 6, 2018_

the original of which is on file in this office.
Witness my hand and the seal of the City of St. Louis
this _19th_ day of _January_, 20_21_

REGISTER