UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAZEN OWYDAT, et al., d/b/a West Florissant BP, f/k/a West Florissant Amoco, | ) ) ) ) |
| Petitioner/ Plaintiff, | ) Case No. 4:20-CV-388-NAB ) |
| vs. | ) ) |
| BOARD OF ADJUSTMENT OF THE CITY OF ST. LOUIS, MISSOURI, et al., | ) ) ) |
| Respondents/Defendants. | ) |

## NOTICE OF HEARING

Plaintiff West Florissant BP will call up for hearing its Motion for Temporary Restraining Order against Defendants on January 21, 2021 at 10:00 a.m. or as soon thereafter as may be heard. The hearing will take place via Zoom or Webex videoconference, as determined by the Court and connection information will been sent via e-mail to all counsel of record by the Court.

Dated: January 20, 2021

CURTIS, HEINZ, GARRETT
& O'KEEFE, P.C.

*/s/ Helmut Starr*
Helmut Starr #32899MO
Andrew Bramman #69980MO
Attorneys for Plaintiff
130 South Bemiston Avenue, Suite 200
St. Louis, Missouri 63105
(314) 725-8788
(314) 725-8789 Facsimile
hstarr@chgolaw.com
abramman@chgolaw.com

1

## Certificate of Service

I hereby certify that on January 20th, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

*/s/ Helmut Starr*