# United States District Court
## Eastern District of Missouri
### Eastern Division

| | |
|---|---|
| Mazen Owydat, et al._<br><br>Plaintiffs,<br><br>v.<br><br>City of St. Louis & Board of Adjustment of the City of St. Louis,<br><br>Defendants. | Civil Action No. 4:20-cv-00388 NAB |

## Joint Motion to Stay
## the Second Amended Case Management Order

The parties jointly move the Court for an order to stay the deadlines provided in its Second Amended Case Management Order. In support, the parties state:

1. On January 21, 2021, the Court heard arguments on Plaintiffs' Motion for Temporary Restraining Order and ordered the parties to jointly submit a proposed schedule to brief the issues concerning the type of administrative review the Court should employ pursuant to Count I and II of Plaintiff's Complaint.

2. The parties agree that the Court's determination of the administrative review issues will aid in securing a "just, speedy, and inexpensive determination"[1] of the other counts of Plaintiff's Complaint.

3. Thus, the parties jointly ask the Court to stay all deadlines that have not yet passed in the Second Amended Case Management Order until the Court has ruled on which type of administrative review should be employed, and ruled on the merits of that administrative review.

4. The parties further ask that the Court then enter an amended Case Management Order at that time, as appropriate.

---

[1] Fed. R. Civ. P. 1.

Respectfully submitted,
Michael Garvin,
CITY COUNSELOR

/s/ Travis Warren #71304(MO)
Assistant City Counselor
/s/ J. Brent Dulle #59705(MO)
Associate City Counselor
1520 Market Street, Room 4025
St. Louis, MO  63103
PHONE: 314.657.1301
FAX: 314.641.8280
warrent@stlouis-mo.gov
dulleb@stlouis-mo.gov
*Attorneys for Respondents/Defendants*

CURTIS, HEINZ, GARRET & O'KEEFE, PC

/s/ Helmut Starr
Helmut Starr, #32889MO
130 S. Bemiston, Suite 200
Clayton, Missouri 63105
(314) 725-8788 phone
(314) 725-8789 facsimile
hstarr@chgolaw.com
*Attorney for Petitioners/Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 28, 2021, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system.

/s/ Travis Warren
