# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MAZEN OWYDAT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 4:20-CV-388-NAB |
| CITY OF ST. LOUIS, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on two Joint Motions of all parties. Pursuant to the Court's Order granting a stay preventing Defendants from closing the gas station and convenience store at issue in this case, the parties submitted a joint motion for a briefing schedule on issues related to the type of administrative review available pursuant to Counts I and II of Plaintiffs' Petition. (Doc. 47.) In the joint motion, the parties propose a briefing schedule and ask the Court to determine the need for any oral argument on the briefing. The parties also filed a joint motion to stay the deadlines in the Second Amended Case Management Order in order to accommodate the aforementioned briefing schedule. (Doc. 48.)

The Court will grant both motions and issue a new Case Management Order at a later date. If the parties wish to have oral argument on the administrative review issues briefing, they may file a request in accordance with Local Rule 4.02.

Accordingly,

**IT IS HEREBY ORDERED** that the parties' Joint Motion to Stay the Second Amended Case Management Order is **GRANTED.** (Doc. 48.)

**IT IS FURTHER ORDERED** that the pending deadlines in the Second Amended Case

1

Management Order are **VACATED**. (Doc. 34.)

**IT IS FURTHER ORDERED** that the parties' Joint Motion for a Briefing Schedule is **GRANTED**. (Doc. 47.) Plaintiffs shall file their opening Memorandum of Law no later than **February 10, 2021**. Defendants shall file their response within **fourteen (14) days** after service of Plaintiffs' memorandum. Within **seven (7) days** after being served with Defendants' response, Plaintiffs may file a reply memorandum. No additional memoranda may be filed without leave of Court.

                                                                          NANNETTE A. BAKER
                                                                          UNITED STATES MAGISTRATE JUDGE

Dated this 1st day of February, 2021.