
**Jimmie M. Edwards**
Director of Public Safety

# City of St. Louis
### DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
**LYDA KREWSON**
MAYOR


**Frank Oswald**
Building Commissioner

## Exhibit 1

---

CN   150157-98                                                     DATE   FEBRUARY 12, 1999

CERTIFICATE OF OCCUPANCY AND ZONING

THIS CERTIFIES THAT THE UNIT/PROPERTY AT

4126 WEST FLORISSANT                    HAS BEEN INSPECTED BY THE DIVISION OF

BUILDING AND INSPECTION AND HAS COMPLIED WITH APPLICABLE PROVISIONS OF ST.

LOUIS CITY ORDINANCES AS AMENDED, AS PERTAINING TO ITEMS LISTED BELOW AND

MAY BE USED/OPERATED AS DESCRIBED.

| USE/TYPE | CURRENT ZONING |
|---|---|
| COMMERCIAL | G   LOCAL COMMERCIAL AND OFFICE |

USE GROUP  M

ISSUE TO:  WEST FLORISSANT AMOCO

FOR USE AS GAS & CONVENIENCE STORE (CHANGE OF OWNERSHIP)


                                                        BUILDING COMMISSIONER

WEST FLORISSANT AMOCO
YOUSSEF MROUEH
4126 WEST FLORISSANT
ST. LOUIS, MO 63115