# Exhibit 6



## City of St. Louis
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
LYDA KREWSON
MAYOR

JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY



FRANK OSWALD
BUILDING COMMISSIONER

Thursday, April 18, 2019

WEST FLORISSANT BP
Attn: OWYDAT, MAZEN
4126 WEST FLORISSANT AV
ST LOUIS, MO 63115

RE: Occupancy Application - 4126 W FLORISSANT AV

Dear OWYDAT, MAZEN,

The above referenced application has been reviewed for Zoning Code compliance. The application cannot be approved unless it receives approval through a conditional use permit, as required by certain Zoning Code regulations of Title 26 of the 1994 Revised Code of the City of St. Louis. The specific regulations can be found on the attached Basis for Conditional Use Hearing.

Should you wish to proceed with a Conditional Use Hearing, please return the attached invoice section and return it, along with a non-refundable fee of $50.00, by cash, check or money order made payable to the City of St. Louis. Your request must be filed within 30 calendar days of this notice. Please forward your payment and this form to:

Ms. Sylvia Boyd, Secretary II
1200 Market Street - Room 400
St. Louis, MO 63103

For your added convenience, you may also pay for and schedule your Conditional Use Hearing online at www.STLCityPermits.com then click on the 'Customer Payments' button. From there simply enter the invoice number found on the following page. You will be able to pay for and schedule your hearing at that time.

If you need any additional information or assistance, please feel free to contact the assigned Zoning Specialist at 314-622-3666.

Sincerely,

Hart Burton, Mary
Zoning Administrator




JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY

# City of St. Louis
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
LYDA KREWSON
MAYOR

FRANK OSWALD
BUILDING COMMISSIONER

Building Division - Zoning Section
City of St. Louis
Basis for Conditional Use Hearing

### SECTION 1: Zoning Department Review

Application for: Convenience Store and Gas Station

Address: 4128 W FLORISSANT AV

The present zoning for this address is: "G" - Local Commercial and Office District

Remarks (describe in detail the basis for the Conditional Use Hearing):
Conditional use approval is required for this gas station and convenience store here in Zone "G" - Local Commercial and Office District. (There can be no continuation of this nonconforming use to this new applicant since convenience store uses can no longer be transferred to subsequent owners without conditional use approval.)

1. Will this application trigger off-street parking requirements? No.
2. Will this application generate an additional building permit application? No.
3. Will this application generate an additional occupancy permit application? No.

Prepared by:

### SECTION 2: Invoice Information

If you wish to proceed with the application process by requesting a Conditional Use Hearing, bring this section in to the Zoning Department or, for your convenience, you can also pay and schedule your hearing online at www.STLCityPermits.com. Just click on the Customer Payment button and enter the Invoice Information below, then select the date of the hearing you are able to attend. Additional information will be included on the receipt that you can print. Your receipt will be sent via email as well.

Invoice Number: 2019-725556
Invoice PIN: 715