

JIMMIE M. EDWARDS
DIRECTOR OF PUBLIC SAFETY

# City of St. Louis
DEPARTMENT OF PUBLIC SAFETY
DIVISION OF BUILDING AND INSPECTION
LYDA KREWSON
MAYOR



FRANK OSWALD
BUILDING COMMISSIONER

May 14, 2019

WEST FLORISSANT BP
C/O OWYDAT MAZEN
2931 PINERY POINT
ST LOUIS, MO. 63129

        Re:       AOP-3847-19-West Florissant BP
        Address: 4126 W Florissant
        Use:     Convenience Store/Gas Station
        Zone:    "F" Neighborhood Commercial District

Dear Mr. Mazen,

    This is to inform you that you have been scheduled to attend a Conditional Use Hearing being held on **Thursday, June 6, 2019, at 8:30 A.M., in Room 208 City Hall** for your application for a convenience store.

    The reason for this hearing is that the use you have requested a permit for is not allowed by right in the above-noted zoning district. However, the proposed use may be determined to be compatible or appropriate by a public hearing review. At this hearing testimony and evidence will be accepted from you and other parties with an interest in your intended use. As a result of this hearing your application may be approved as you requested, approved with certain conditions, or denied.

    In determining whether a conditional use permit may be approved, the Hearing Officer at this hearing must find the proposed use conforms to the following standards:

1. The use will not be detrimental to the public health, safety, morals, or general welfare.
2. The use will not cause serious injury to the neighboring property by hindering use or reducing or impairing property values.
3. The use will contribute to, enhance, and promote the general welfare and convenience of the specific location.

4. The use will complement or be compatible with surrounding uses and will not have a negative impact on the adjacent uses or community facilities.

5. The use shall, in all other respects, conform to the applicable zoning regulations and standards, including without limitation the particular regulations and standards stated for particular conditional uses in the various zoning districts.

In preparing for your Conditional Use Hearing, it is recommended that you contact the Alderman of the Ward in which your site is located. You may also contact any neighbors or neighborhood organizations within the area. A letter from the Alderman, neighbors, and the neighborhood organizations expressing their views on the proposed Conditional Use will aid in the evaluation of your application.

To reach the Alderman, you may call the Board of Aldermen at 622-3287. If you need assistance in contacting the appropriate neighborhood groups, please call the Neighborhood Stabilization Office at 314-657-1392.

Your failure to appear at the hearing on time or your failure to reschedule your hearing date will result in an automatic denial and abandonment of your application.

If you need additional information or assistance, please contact the Zoning Office at 622-3666.

Sincerely,

*Mary Hart Burton*

Mary Hart Burton
Zoning Administrator

cc: Alderman John Collins-Mohammad
Neighborhood Stabilization Officer – Ward 21