

# City of St. Louis
OFFICE OF THE SECRETARY
1200 MARKET STREET, ROOM 300
ST. LOUIS, MISSOURI 63103-2806
PHONE NO.: (314) 622-4650 OR (314) 622-4627
Fax No.: (314) 589-6598



LYDA KREWSON
MAYOR

RICHARD T. BRADLEY, P.E.
PRESIDENT

Tuesday, June 25, 2019

OWYDAT, MAZEN
WEST FLORISSANT BP
4126 WEST FLORISSANT AV
ST LOUIS, MO 63115

Dear OWYDAT, MAZEN:

At its meeting of Tuesday, June 18, 2019 the Board of Public Service voted to Deny Approval of Application No. [???], WEST FLORISSANT BP c/o OWYDAT, MAZEN, to occupy 4126 W FLORISSANT AV as a Convenience Store and Gas Station by reason of the fact that the use will be detrimental to the public health, safety, morals, or general welfare and will cause serious injury to the neighboring properties by hindering their use and reducing or impairing property values.

Should you feel aggrieved in our decision you may appeal this denial within 30 calendar days of the date of this notice to Board of Adjustment, Room 400 City Hall. If you wish, you may file an application for appeal by bringing this letter and payment of $200.00 to the Board of Adjustment. For your convenience you may appeal this decision by going online to www.STLCityPermits.com and just click on the Customer Payment button and enter the invoice information below, then select the date of the hearing you are able to attend. Additional information will be included on the receipt that you can print. Your receipt will be sent via email as well.
**Invoice Number: 2019-493069**
**PIN: 483**

If you have questions relating to procedures on the appeal, please contact the Zoning Office at (314) 622-3666.

**DENIED BY ORDER OF THE BOARD OF PUBLIC SERVICE Tuesday, June 18, 2019.**

Yours Truly,

Cherise D. Thomas, Secretary
Board of Public Service