25.01.020 - Amendments.

The 2018 International Building Code is amended and changed in the following respects:

CHAPTER 1 IS AMENDED AS FOLLOWS:

Delete Chapter 1 as published in its entirety.

Add a new Chapter 1 to read as follows:

CHAPTER 1\SCOPE AND ADMINISTRATION

SECTION 101 GENERAL

*101.1 Title.* These regulations shall be known as the Building Code of the City of Saint Louis, hereinafter referred to herein as "this code."

*101.2 Scope.* The provisions of this code shall apply to the grading, excavation, new construction, alteration, movement, enlargement, replacement, repair, equipment, use and occupancy, location, removal, and demolition of all buildings, structures, and premises in the City of Saint Louis except as such matters are otherwise provided for in the Charter of the City of Saint Louis or other ordinances, statutes, or in the rules and regulations authorized for promulgation under the provisions of this code.

*Exceptions:*

1. Live/work units complying with the requirements of Section 419 shall be permitted to be built in accordance with the Residential Code for One- and Two-family Dwellings. Fire suppression required by Section 419.5, when constructed under the Residential Code for One- and Two-Family Dwellings, shall conform to Section 903.3.1.3.
2. Owner-occupied lodging houses with five or fewer guest rooms shall be permitted to be constructed in accordance with the Residential Code for One- and Two-family Dwellings where equipped with a fire sprinkler system in accordance with Section 903.3.1.3.
3. Existing buildings undergoing repair, alteration or additions, and change of occupancy shall be permitted to comply with the Existing Building Code.
4. Detached one- and two-family dwellings and townhouses with a separate means of egress and their accessory structures not more than three stories above grade plane in height shall be permitted to comply with the Residential Code for One-and Two-family Dwellings.

*101.3 Intent.* The purpose of this code is to establish the minimum requirements to safeguard the public health, safety, and general welfare through structural strength, means of egress facilities, stability, sanitation, adequate light and ventilation, energy conservation, and safety to life and property from fire and other hazards attributed to the built environment and to provide a reasonable level of safety to fire fighters and emergency responders during emergency operations.

SECTION 102 APPLICABILITY

*102.1 General.* Where there is a conflict between a general requirement and a specific requirement, the specific requirement shall be applicable. Where, in any specific case, different sections of this code specify different materials, methods of construction, or other requirements, the most restrictive shall govern.

*102.2 Other Laws.* The provisions of this code shall not be deemed to nullify any provisions of local, state, or federal law. Where the provisions of this code conflict with other ordinances or regulations, the most stringent requirements shall apply. The building official shall not be the enforcement officer for such other ordinances or regulations unless specified therein.

*102.3 Application of References.* References to chapter or section numbers, or to provisions not specifically identified by

in approved containers shall be permitted provided that such fires are not less than 15 feet from any structure. A 55-gallon drum shall be considered an approved container. These provisions do not preclude provisions from the Air Pollution or Fire Prevention ordinances.

Open burning will be allowed on demolition sites when it is contained within 55-gallon drums, attended at all times, all wood and scrap confined to the drum, and a water hose or fire extinguisher available at all times. Fire drums shall be properly located on the site so as not to create a nuisance to adjoining property.

CHAPTER 2 IS AMENDED AS FOLLOWS:

Change Section 201.3 to read as follows:

*201.3 Terms Defined in Other Codes.* Where terms are not defined in this code and are defined in the Energy Conservation Code, Fire Code, Fuel Gas Code, Mechanical Code or Plumbing Code, such terms shall have the meanings ascribed to them as in those codes.

Modify Section 202 Definitions by the addition or changing of definitions to read as follows:

*Accessible. A* site, building, facility, or portion thereof that complies with Chapter 11 of this code and ICC Al 17.1-09 Accessible and Useable Buildings and Facilities and that can be approached, entered, and used by a person with a physical disability.

*Building official* or *code official.* The Building Commissioner of the City of Saint Louis or any duly authorized representative.

*Construction cost.* The cost of all construction portions of a project, generally based upon the sum of the labor and materials used in the performance of the construction contract and other direct construction cost; does not include the compensation paid to the architect and consultants, the cost of the land, right-of-way, or other costs which are defined in the construction documents as being the responsibility of the owner.

*Custodian of records.* The custodian of records shall be that person who directly supervises the particular section within the Division of Building and Inspection from which records are being requested.

*Licensed design professional.* An individual who is licensed to practice their respective design profession as defined by RSMo Ch. 327.

*Licensed design professional in responsible charge.* A licensed design professional engaged by the owner to review and coordinate certain aspects of the project as determined by the building official for compatibility with the design of the building or structure, including submittal documents prepared by others, deferred submittal documents, and phased submittal documents.

*Occupancy permit.* The permit issued by the building official which certifies that the building or structure has been inspected and has complied with the applicable provisions of all City of Saint Louis ordinances, as enforced by the Division of Building and Inspection.

*Owner.* Any person, firm, or corporation having a legal or equitable interest in the property; their agent, operator; collector of rent; or any other person, firm, or corporation exercising any care or control of the property; or any person, firm, or corporation recorded in the official records of the state, county, or municipality as holding title to the property or otherwise having control of the property, including the guardian of the estate of any such person and the executive administrator of the estate of such person, if ordered to take possession of real property by a court.

*Parking lot.* Any parcel of land used in whole or in part for the parking of vehicles for which a charge is or is not be made. Legal off-street parking for up to four-family dwellings shall not be considered a parking lot.

*Project cost.* The total cost of a project including professional compensation, land cost, furnishings and equipment, financing, and other charges as well as the construction cost.