# Exhibit 7

**helmstarr64@hotmail.com**

| | |
|---|---|
| **From:** | Warren, Travis <warrent@stlouis-mo.gov> |
| **Sent:** | Monday, January 11, 2021 12:17 PM |
| **To:** | Helmut Starr |
| **Cc:** | Brent Dulle |
| **Subject:** | Re: Mediation |

(EXTERNAL EMAIL)

Helmut,

I'm not aware of any written policy re: the scenario you refer to.

Thanks,

Travis F. Warren
Assistant City Counselor
St. Louis City Counselor's Office
1520 Market Street, Room 4025
St. Louis, MO 63103
(314) 657-1301
warrent@stlouis-mo.gov

*********************************

NOTE: The information contained in this e-mail message, including any attachments, is legally privileged and confidential. If you are not the intended recipient, you are hereby notified that any reading, use or dissemination of this message is strictly prohibited. If you have received this message in error, please immediately notify us by telephone at 314-657-1301 and delete this message from your system. Although this e-mail and any attachments are believed to be free of any virus that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the City of St. Louis for any loss or damage arising in any way from its use.


On Fri, Jan 8, 2021 at 3:26 PM Helmut Starr <HStarr@chgolaw.com> wrote:

> I don't believe I have received any "administrative record."
>
>
> I would like to see the written policies to which Mary Hart Burton refers regarding when the need for a new commercial occupancy permit is triggered for tenants when a change of ownership of leased property occurs.
>
> 
>
> **Helmut Starr**
>
> Attorney-at-law and Principal

1

Direct Dial:    (314) 571-6809

**From:** Warren, Travis [mailto:warrent@stlouis-mo.gov]
**Sent:** Friday, January 8, 2021 3:23 PM
**To:** Helmut Starr; Brent Dulle
**Subject:** Re: Mediation

```
(EXTERNAL EMAIL)
```

Helmut,

Yes, we are proceeding with mediation next Tuesday, as far as I know. I believe we have already provided you with the administrative record and the decision of the Board of Adjustment. Is there anything else you were expecting to receive?

Thanks,

Travis F. Warren

Assistant City Counselor

St. Louis City Counselor's Office

1520 Market Street, Room 4025
St. Louis, MO 63103

(314) 657-1301

warrent@stlouis-mo.gov

*******************************
NOTE:  The information contained in this e-mail message, including any attachments, is legally privileged and confidential.  If you are not the intended recipient, you are hereby notified that any reading, use or dissemination of this message is strictly prohibited.  If you have received this message in error, please immediately notify us by telephone at 314-657-1301 and delete this message from your system.  Although this e-mail and any attachments are believed to be free of any virus that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the City of St. Louis for any loss or damage arising in any way from its use.

On Thu, Jan 7, 2021 at 2:56 PM Helmut Starr <HStarr@chgolaw.com> wrote:

Travis, I presume we are proceeding with the mediation next Tuesday.  We have delivered our client's check to Dudley McCarter's office.

I would greatly appreciate it if you could get to me tomorrow or Monday afternoon at the latest, those documents that were required to be produced pursuant to Rule 26 initial disclosures and those documents to which you did not object in my formal document requests.  I will, likewise, provide to you those documents in my possession that are within the Rule 26 initial disclosures.

What would be a good time to exchange the documents?

Thanks,

Helmut



### Helmut Starr

314.571.6809 (direct)
314.725.8788 (main) **|** 314.725.8789 (fax)

130 S. BEMISTON, SUITE 200

CLAYTON, MISSOURI  63105

[HStarr@chgolaw.com](mailto:HStarr@chgolaw.com)

**THIS IS A CONFIDENTIAL COMMUNICATION FROM CHGO:**

We are currently required to obtain client consent to communication by E-mail.  We are required to disclose that there is a risk that such communications may be intercepted as they travel through the Internet or any network to which your computer is connected, or from your own computer.  Communications could be randomly intercepted by a disinterested person or intentionally intercepted by an interested person.  It is our understanding that you consent to our communicating with you by E-mail.  If our understanding is now or later becomes incorrect, please advise us immediately.