UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAZEN OWYDAT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:20-CV-388 |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW the Parties and stipulate that pursuant to Rule 41(a)(1)(A)(ii), Plaintiffs may dismiss with prejudice their claims set forth in the pleadings in this Case since the Parties have reached a settlement that includes a Stipulation, Order and Consent Judgment in the related State Court action, which Consent Judgment shall survive this dismissal.  Therefore, Plaintiffs hereby dismiss all other claims brought or that could have been brought in this Case, with each Party to bear its own costs, expenses and attorneys' fees.

**Respectfully submitted,**

Curtis, Heinz, Garrett & O'Keefe, P.C.

By: */s/ Helmut Starr*
    Helmut Starr, #32899MO
    130 S. Bemiston Ave.
    Suite 200
    Clayton, MO 63105
    314-725-8788 phone
    hstarr@chgolaw.com

St. Louis City Counselors Office

By: _____
    Myia Wood, #74147MO
    1520 Market Street
    Room 4025
    St. Louis, Missouri  63103-2864
    (314) 657-1306  office
    woodmyia@stlouis-mo.gov

CERTIFICATE OF SERVICE

The undersigned hereby certifies that all attorneys of record will be served with the foregoing dismissal via the Court's electronic filing system this 8th day of August 2023.

                                                     */s/ Helmut Starr*